# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| N RE:  **ROBERT H. CARP** | ) | MISC. BUSINESS DOCKET |
| | ) | No: 19-mc-91378-PBS |
| | ) | |
| | ) | |
| | ) | |

## JUDGMENT OF DISBARMENT

WHEREAS, on July 26, 2019, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of a Judgment of Disbarment with respect to Attorney **ROBERT H. CARP**.

1. WHEREAS, pursuant to Local Rule 83.6.9(b), on September 5, 2019, "Notice of Filing of Disciplinary Action" and "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **ROBERT H. CARP**;

2. WHEREAS, on September 25, 2019, the certified mail package was returned to the Court and marked "Unclaimed;"

3. WHEREAS, pursuant to Local Rule 83.5.6(a), notice mailed to an attorney's last address of record constitutes due notice.

WHEREFORE, pursuant to Local Rule 83.6(2)(D), this Court hereby imposes the identical discipline, and **ROBERT H. CARP** is hereby Disbarred from he practice of law before this court and his name has been stricken from the Roll of Attorneys.

_10|15|19_
Date

Patti B. Saris, Chief Judge